# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1279**
**CA 11-01339**
PRESENT: SCUDDER, P.J., SMITH, GREEN, GORSKI, AND MARTOCHE, JJ.

---

PARTNERS TRUST BANK, FORMERLY KNOWN AS SBU BANK,
FORMERLY KNOWN AS SAVINGS BANK OF UTICA,
CLAIMANT-RESPONDENT,

                    V                                        ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 107502.)
(APPEAL NO. 1.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (OWEN DEMUTH OF
COUNSEL), FOR DEFENDANT-APPELLANT.

GILBERTI STINZIANO HEINTZ & SMITH, P.C., SYRACUSE (KEVIN G. ROE OF
COUNSEL), AND SIDNEY DEVORSETZ, PLLC, FOR CLAIMANT-RESPONDENT.

---

       Appeal from a decision of the Court of Claims (Diane L.
Fitzpatrick, J.), entered June 8, 2010.  The decision awarded claimant
money damages after a nonjury trial.

       It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Kuhn v Kuhn*, 129 AD2d 967).

Entered:  December 23, 2011                    Frances E. Cafarell
                                               Clerk of the Court